■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOSTTIN ORTIZ, Appellant. [22 NYS3d 837]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered October 21, 2010, convicting defendant, upon his plea of guilty, of criminal sexual act in the first degree (Penal Law § 130.50 [1]), and sentencing him to an aggregate term of seven years imprisonment with 15 years of post-release supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Gische and Kapnick, JJ.